(1/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
August 18, 2022
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>OSCAR TANGUMA<br>Y.O.B: 1986 CITIZENSHIP: UNITED STATES<br><br>*Defendant(s)* | Case No. M-22-1632-M<br><br>**SEALED** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 18, 2022 to July 15, 2022** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC Sections 841 & 846 | Conspiracy and Possession with Intent to Deliver Controlled Substances |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Complaint Authorized: AUSA Robert Guerra

Sworn to and executed by reliable electronic means,
sworn to and attested telephonically per FED.R.CR.4.1,
and probable cause found on:

/s/ Christopher Krajovic
*Complainant's signature*

Christopher Krajovic / FBI Special Agent
*Printed name and title*

Date: August 18, 2022 at 1:10 PM

City and state: McAllen, Texas

*Judge's signature*

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

From on or about May 18, 2022, to on or about July 15, 2022, Federal Bureau of Investigation (FBI) McAllen Special Agent (SA) Christopher Krajovic participated in an investigation on a male known as Oscar Tanguma (TANGUMA). Agents learned through a Confidential Human Source (CHS) that TANGUMA utilizes his residence to cook crack cocaine and supplies multiple narcotics distributors with crack.

In May 05, 2022, FBI SAs learned of Oscar TANGUMA as part of an investigation to assist local law enforcement in the area of Edcouch, Texas. FBI SAs reviewed reports and conducted interviews with individuals who had personal knowledge of TANGUMA's illegal narcotics operations. FBI SAs learned that TANGUMA was recently released from federal prison and resides in Edcouch, Texas. SA learned that recently individuals had purchased an ounce of crack cocaine already cooked, from TANGUMA for $850.00.

FBI SAs met with CHS, who had personal knowledge of the narcotics trade near Edcouch, Texas. CHS identified various individuals as the source of crack cocaine in the Edcouch, and La Villa area. CHS identified Oscar TANGUMA as an individual who lives in Edcouch and cooks crack cocaine and supplies crack houses.

On May 18, 2022, CHS made a recorded phone call under the direction of FBI SAs a local seller of narcotics to discuss purchasing crack cocaine. CHS met with the local seller while wearing a recording device. During this meeting, the local seller made a call to their source of supply, who was later identified as TANGUMA. Following this meeting, the CHS traveled to TANGUMAS residence near Edcouch, Texas. CHS and TANGUMA discussed several criminal matters. CHS paid TANGUMA $300.00 for "7" of crack cocaine, which is seven grams of crack cocaine. CHS met with FBI SA's and submitted the seven grams of crack cocaine to them. SA's submitted crack cocaine into evidence at FBI McAllen Residential Agency.

On July 15, 2022, CHS traveled to RESIDENCE where CHS met with TANGUMA. CHS was wearing a recording device. CHS discussed criminal matters with TANGUMA. CHS paid TANGUMA $1,000.00 for 28.7 grams of crack cocaine. CHS met with FBI SA's and submitted the 28.7 grams of crack cocaine to them. SA's submitted the crack cocaine into evidence at FBI McAllen Residential Agency.

A total of approximately 35.7 grams of crack cocaine, a schedule II controlled substance.