AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## SOUTHERN    DISTRICT OF    TEXAS

UNITED STATES OF AMERICA
V.
Oscar Tanguma

## EXHIBIT AND WITNESS LIST

Case Number:  7:22-MJ-1632-1

| PRESIDING JUDGE Juan F. Alanis | PLAINTIFF'S ATTORNEY Cahal McColgan, AUSA | DEFENDANT'S ATTORNEY Zelene Zaleta, APTD |
|---|---|---|
| TRIAL DATE (S) 8/26/22 | COURT REPORTER Jennifer Nogueira | COURTROOM DEPUTY Nelida Campos |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | 1 | 8/26/2022 | Y | Y | Defense Exhibit 1 - Letter |
| 1 | 1 | 8/20/2022 | Y | Y | Defense Exhibit 2 - Medical Report |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.